UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

LON KEITH KLEIN,

                                    Plaintiff

-against-

ELLIOT RITTENBAND, ARON TUREN,
R/G BLACK TIE, LLC, STEINWAY & SONS, INC.,
AND
JOHN DOES 1-10, INDIVIDUALLY,
JOINTLY AND SEVERALLY

                                    Defendants.

_____

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 1 2 2009 ★

BROOKLYN OFFICE

Index No.:



09- 2019

COMPLAINT

GLASSER, J.

POHORELSKY, M.J.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, by and through his attorney, Charu Narang, Esq., for his complaint against
Defendants, alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action seeking compensatory and punitive damages and injunctive relief for
copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2. This is a civil action seeking punitive damages and injunctive relief for copyright
infringement under Federal and/or State common law copyright infringement.

3. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 and 28 U.S.C.
§ 1338(a).

4. This Court has personal jurisdiction over the Defendants, and venue in this District
is proper under 28 U.S.C. § 1391(b) and (c)  and 28 U.S.C. § 1400(a), in that several of
the Defendants reside in this District, and the acts of infringement complained of by
Plaintiff herein occurred in this District.

1

## PARTIES

5. Plaintiff Lon Keith Klein (hereinafter "Klein") is an individual residing at 111-09 76th Road, Apt. C5, Forest Hills, NY 11375.

6. Defendant Elliot Rittenband (hereinafter "Rittenband") is an individual residing at 1 Canterbury Road, Scaresdale, N.Y. 10583 .

7. Defendant Aron Turen (hereinafter "Turen") is an individual residing at 83 Overlook Drive, New Rochelle, NY 10804.

8. Defendant R/G Black Tie, LLC (hereinafter "Black Tie") is a New York State Corporation with a business address of 1 Canterbury Road, Scaresdale, N.Y. 10583.

9. Defendant Steinway & Sons, Inc. (hereinafter "Steinway") is a corporation with its principal place of business at 1 Steinway Place, Long Island City, NY 11105.

## COUNT I

## INFRINGEMENT OF COPYRIGHT

10. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

11. Upon information and belief, Defendant Rittenband is a seasoned and experienced professional licensor in the luxury goods market. Attached hereto as Exhibit 1 is a copy of an article dated July 23, 2007 in DNR regarding Defendant Rittenband's expertise in the luxury goods market.

12. Upon information and belief, Defendant Rittenband is a shareholder in Defendant Corporation Black Tie. See Exhibit 1.

13. Upon information and belief, Defendant Rittenband is a principal in Defendant Corporation Black Tie. See Exhibit 1.

14. Upon information and belief, Defendant Rittenband is an owner of Defendant Corporation Black Tie. See Exhibit 1 and also See attached Exhibit 2, a copy of the New York State Department of Corporations database indicating the address of corporation Black Tie to be the same as that of defendant Rittenband..

15. Upon information and belief, Defendant Turen is the owner of Turen Diamond Services, Inc.

16. Upon information and belief, Defendant Turen in engaged in the business of brokering, setting and recutting of diamonds.

17. On or about April 2006, Plaintiff and Defendants Rittenband, Turen and an individual named Marc Machlovitz agreed a corporation would be formed to design accessories for sale to Steinway and other clients of Defendant Rittenband and Defendant Corporation Black Tie. See attached Exhibits 3 and 4, copies of emails dated December 30 and 31, 2006, respectively from Machlovitz to Plaintiff and Defendant Turen..

18. Plaintiff and Defendant Turen and Maclovitz were to form said company named American Star Diamond, LLC (hereinafter "ASD"), which Defendant Turen incorporated on February 7, 2007. See Exhibit 5, a copy of the New York State Department of corporations database relating to ASD.

19. Defendant Rittenband informed Plaintiff that he would become a consultant to ASD for the purpose of having ASD provide product designs to Defendant Rittenband and/or Defendant corporation Black Tie for the clients of Defendant Rittenband and/or Defendant corporation Black Tie. See Exhibit 3 and 4.

3

20. Defendant Rittenband informed Plaintiff that he would require brokering fees and royalty payments for himself and/or his corporation, Defendant Back Tie, for introductions to clients that resulted in projects for ASD.

21. Plaintiff and Defendants Rittenband and Turen agreed that the designs for Steinway were to be for accessories such as cuff links, studs and lapel pins preferably made of made from precious metals and incorporating gemstones.

22. Plaintiff and Defendants Rittenband and Turen agreed that the accessories could also be made from non-precious metals and/or gemstones in order to make them affordable to a wider demographic.

23. On or about September 2006, Plaintiff commenced working on designs for said accessories.

24. On or about December 11, 2006, Plaintiff's CAD designer forwarded to Defendant Turen a copy of computerized drawings of Plaintiff's design. See Exhibit 6, a copy of an email dated December 11, 2006 from Carl of Tech Designs NY to Defendant Turen, which was forwarded to Plaintiff by Defendant Turen in the same Exhibit.

25. On or about December 14, 2006, defendant Rittenband informed Plaintiff that Defendant Steinway had approved Plaintiff's designs and that the parties should formalize their agreement regarding their understanding with each other. See Exhibit 7, a copy of an email dated December 14, 2006 from Defendant Rittenband to Plaintiff.

26. On or about December 18, 2006, Plaintiff received an email from Defendant Rittenband forwarding a copy of an invitation to Defendant Steinway's premiere event at which the items conceived by Plaintiff would be presented to the public. See Exhibit 8, a copy of an email dated December 18, 2006 from Defendant Rittenband to Plaintiff.

4

27. In the email dated December 18, 2006, Exhibit 8, Defendant Ritenband admits that the designs to be presented at the Steinway premiere are Plaintiff's designs.

28. On or about December 30, 2006, Plaintiff communicated with Defendant Rittenband informing him that documents memorializing the parties' understanding would be sent to him the first week of January 2007. See Exhibit 9, a copy of an email dated December 30, 2006 from Machlocitz to Defendant Rittenband.

29. On or about January 2, 2007, Defendant Rittenband was emailed a copy of an agreement memorializing the parties understanding regarding the Steinway project. See Exhibit 10, a copy of an email dated January 2, 2007 from Machlovitz to Defendant Rittenband.

30. On or about January 15, 2007, Defendant Turen provided to Defendant Defendant Rittenband drawings, computer images of Plaintiff's designs along with diamonds and photos of diamonds. See Exhibit 11, a copy of an email dated January 15, 2007 from Defendant Turen to Machlovitz and Plaintiff.

31. On or about January 21, 2007, Defendant Rittenband informed Plaintiff via email that he would not consider any contract submitted by Plaintiff to be acceptable. See Exhibit 12, a copy of an email dated January 21, 2007 from Defendant Rittenband to Plaintiff, Defendant Turen and Machlovitz.

32. On or about February 6, 2007, Defendant Rittenband informed Plaintiff via email that the two had no business relationship of any kind. See Exhibit 13, a copy of an email dated February 6, 2007 from Defendant Rittenband to Plaintiff, Defendant Turen and Machlovitz.

33. On or about February 8, 2007, Defendant Rittenband informed Plaintiff via email that Plaintiff should not contact him again. See Exhibit 14 and 15, copies of emails dated February 8, 2007 from Defendant Rittenband to Plaintiff, Defendant Turen, Machlovitz and an unknown individual.

34. On or about August 2007, Plaintiff became aware of the fact that the products designed by him were being offered for sale by R/G Black Tie, LLC, a Corporation owned by Defendant Rittenband. See Exhibit 16, a copy of a Press Release dated July 30, 2007 entitled "Steinway 7 Sons to unveil luxury formal wear in September event".

35. On or about September 8, 2007, Plaintiff was made aware of the fact that Defendant Rittenband was representing to the public that all of Plaintiff's designs were conceived by Defendant Turen.

36. Plaintiff never consented to license, sell or authorize his designs to the custody of Defendants. See Exhibit 17, a copy of all of Plaintiff's designs for Steinway & Sons project.

37. Plaintiff never executed any agreement indicating that his designs were a "work for hire".

38. Plaintiff has never received any compensation from any Defendant for his original designs.

38. Plaintiff is, and at all relevant times has been, the copyright owner of exclusive rights under United States copyright law with respect to the designs that are the subject of the instant action. Attached hereto as Exhibits 18 and 19, respectively, are copies of Plaintiff's Certificates of Registration for the Piano cufflinks and Lyre cufflinks.

39. Defendants, without the permission or consent of Plaintiff, have used, and continue to reproduce Plaintiff's designs for financial gain, unjust enrichment and personal and professional notoriety. See Exhibit 18, a copy of all designs offered by Defendant Black Tie under the license from Steinway.

40. Defendants have violated Plaintiff's exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

41. The foregoing acts have damaged, are damaging and continue to damage Plaintiff.

42. The foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

43. As a result of Defendants' infringement of Plaintiff' copyrights and exclusive rights under copyright, Plaintiff is entitled to compensatory and punitive damages for Defendants' infringement of each of Plaintiff's designs.

44. Plaintiff further is entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

45. The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, individually, jointly and severally, as follows:

1. An injunction providing:   "Defendants, their affiliates and subsidiaries, officers, agents, servants, employees and those in concert or privy with them, shall be and hereby are enjoined from directly or indirectly infringing Plaintiff rights under federal law in Plaintiff's designs, except pursuant to a lawful license or with the express authority of Plaintiff;

2. Compensatory damages for each infringement of each Copyrighted Material in the amount of 100% of profits received from the sale of Plaintiff's designs;

3. A full and complete accounting from Defendants for the profits derived from their use of the infringing materials;

4. Punitive damages for intentional, willful and wanton disregard of Plaintiff's rights in the amount of fifty million dollars ($50, 000, 000.00);

5. Plaintiff's costs and reasonable attorneys' fees incurred herein as provided under 17 USC Sec. 505;  and

6. For such other and further relief as the Court may deem just and proper.


Dated:                                            Respectfully Submitted,
New York, NY

*Charu Narang*

Charu Narang, Esq.
Attorney for Plaintiff
101 West 55th St., 3C
New York, NY  10019
Phone:  646 234 9500

# EXHIBIT 1

 



HOME          NEWS          FEATURES          TRENDS          FASHION CAREERS

# Steinway Formalwear To Debut in September

BY BRENNER THOMAS
July 23, 2007

NEW YORK — Steinway & Sons, the venerable piano manufacturer, unveiled plans for its high-end line of formalwear ahead of the launch in early September. Created through a license with the Scarsdale, N.Y.–based R/G Black Tie LLC, the collection consists of four primary tuxedo models, furnishings and accessories.

"Steinway stands for elegant design, handcraftsmanship and personal service," said Leo Spellman, Steinway's director of communication, of the collection, which will be among the priciest in the market. "Given people's appreciation of Steinway, we felt [consumers] would gravitate to a line of Steinway-branded formalwear."

R/G Black Tie is a partnership between Paul Pannone, president of 1800MyTuxes; George Gatesy, a Polo and Brooks Brothers alum; and Elliot Rittenband, a 40-year licensing and marketing veteran who previously acted as a consultant to Steinway. The Italian Fashion Group, a Milan-based clothing maker, has been tapped to design and manufacture the line.

The entry-level tux, The Celebrity, an off-the-rack, fused garment made from super 110s, will retail for $600. The tux will be made and marketed to music professionals, who don formalwear for most public performances. The garment is equipped with washable, breathable fabric for increased comfort as well as a patented underarm panel that allows for better movement. This model is expected to generate 22 percent of the collection's total sales.

Next, The Lyre, an off-the-rack, half-canvassed tux with super 120s fabrication, will retail for $1,700. A Lyre tuxedo with tails will retail for $2,500.

The collection also includes two made-to-measure models. The Maestro, fully canvassed and fashioned from super 130s, will retail between $2,500 and $4,000. The Grand, also fully canvassed, boasts super 160s, hand-

sewing and custom tailoring. This tux will retail between $7,500 and $10,000.

All four models are made in Italy from Loro Piana fabrics and Bember linings.

The collection also includes sevenfold ties, machine-made ties, shirts, cummerbunds, shoes by John Lobb and formal jewelry. The company also worked with De Beers to patent a star-cut diamond to be used in a limited-edition set of cufflinks.

No orders have been placed to date, but Rittenband expects the collection to land in high-end department stores, specialty stores, country clubs and Steinway's 150 piano dealers nationwide. He estimates $1.4 million in sales by the end of 2007 and $3.5 million in 2008. The line will roll out in China, Russia and Western Europe next year.

This is not the first license for the piano maker, which since 2003, its 150th anniversary, has sought out partnerships that would extend and enrich the brand. So far the company pushed further into the music business through Steinway Legends music compilations, produced in association with Universal, and home audio systems. Steinway has also lent its name to lifestyle products, including furniture polish, hearing aids and sportswear. The golf-inspired line, which is also owned and operated by Rittenband, rings up an estimated $1 million in annual sales.

The formalwear collection will have its official debut on Sept. 6 at Steinway Hall in Manhattan.



EM.

PRI



Enter y

# EXHIBIT 2

# NYS Department of State

## Division of Corporations

**Entity Information**

Selected Entity Name: R/G BLACK TIE, LLC

Selected Entity Status Information

**Current Entity Name:** R/G BLACK TIE, LLC
**Initial DOS Filing Date:** OCTOBER 11, 2006
**County:** WESTCHESTER
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
R/G BLACK TIE, LLC
1 CANTERBURY ROAD
SCARSDALE, NEW YORK, 10583

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# EXHIBIT 3

From: Marc Machlovitz <marcmaclin@yahoo.com>
Subject: **Fwd: Hello**
Date: December 30, 2006 9:28:38 PM EST
To: lkklein@nyc.rr.com


--- Marc Machlovitz <marcmaclin@yahoo.com> wrote:

Date: Sat, 30 Dec 2006 18:26:59 -0800 (PST)
From: Marc Machlovitz <marcmaclin@yahoo.com>
Subject: Hello
To: aturen@turendiamonds.com

Dear Aron,

I left you a voicemail but I am not sure if you got
it, so I am sending you this mailnote.  Just wanted
to
let you know that Lon had attempted to contact
Carlos
via txt msg and email, however Carlos did not
respond
in a timely manner. The drawings of the cufflinks,
representative of
Lon's designs previously approved by Steinway for
production, were not in the right perspective even
after Lon sat with him in his office and went over
it
all. They need to be so that Elliot can include them
in his powerpoint presentation and Carlos was aware
of
that fact.  Also, Carlos has not begun the drawings
of
the boutanier, although Lon had discussed that with
him as well. We believe Elliot wants a picture of
that
to take with him on the 15th. He finally got back to
Lon via txt msg late Friday night and is now aware
to
make the cast in three separate pieces. This will
allow us to assemble it correctly.

Secondly, the attorney will be sending Elliot our
agreement to sign. To reiterate, included in this
document is all that Elliot had promised and agreed
to
at the meetings we took with him, after we (Lon, you
and I) had agreed to move forward. Pursuant to that,
Lon had moved forward with designing the other
pieces
of the Steinway collection (jewelry, possible pen
sets, and watches) as well as project #2, the
Mercedes
Benz piece, which Elliot wanted us to start when we
first spoke.

Please make hard copy of the diamond order you sent

to
Trau and their acknowledgement of, as well as, all
email communicaes regarding this project you have
(from and to Trau, Carlos and Rosa), for our company
records.

We should meet before we pick up the waxes. Please
call me in advance when you finalize that with
Carlos.

Regards,

Marc

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam
protection around
http://mail.yahoo.com

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT 4

From: Marc Machlovitz <marcmaclin@yahoo.com>
Subject: **Follow Up**
Date: December 31, 2006 2:47:06 PM EST
To: aturen@turendiamonds.com
Cc: lkklein@nyc.rr.com

Aron,

Spoke with Lon this morning. He mentioned that you
were not quite sure why we needed copies of all email
communicaes, as I requested in my last email. Its
simply proper business practice in a closely held LLC
such as the one we are about to enter into.  We are
obligated to keep hard copy records of all pertinent
company information, correspondence amongst
affiliates, minutes of all company meetings, etc.,
preferable in multiple places so that we are protected
should anything happen to any of us.

BTW, I neglected to mention, all communicaes with
Elliot is even more critical in this sense. Our lawyer
has strongly suggested that all correspondence with
Elliot be filed electronically and hard copied. Since
we are attempting to enter into a confidentiality
agreement with Elliot it is critical that all emails
and written correspondence to and from him be shared
and duplicated. I will be sending you all communicaes
I have from and to him, I recommend you forwrad
everything you have to me as well. I will soon be
opening a separate email account for our company so we
will all have access to a shared database.

Any questions please give me a call.  Otherwise, have
a happy new year!!!!

Regards,

Marc

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT 5

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: AMERICAN STAR DIAMOND COMPANY, LLC

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | AMERICAN STAR DIAMOND COMPANY, LLC |
| **Initial DOS Filing Date:** | FEBRUARY 07, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
AMERICAN STAR DIAMOND COMPANY, LLC
10 WEST 46TH STREET
SUITE 1407
NEW YORK, NEW YORK, 10036

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# EXHIBIT 6

From:    Aron Turen <aturen@turendiamonds.com>
Subject: **FW: Piano**
Date:    December 11, 2006 2:41:19 PM EST
To:      lkklein@nyc.rr.com
         4 Attachments, 329 KB

Here are copies of renderings. I already told the guy he needs to put in onyx. There will be production issues with the size of the piece and the number of stones being able to fit. We will modify this after we get a general rendering done.
Aron

---

**From:** carltech1 [mailto:carltech1@verizon.net]
**Sent:** Monday, December 11, 2006 1:32 PM
**To:** aturen@turendiamonds.com
**Subject:** Piano

Hi Aron,
This is what I have, not my best but the best I can do in this short time.

Thanks,

Carl.

www.tech-designsny.com







# EXHIBIT 7

From: Elliot Rittenband <elliot.rittenband@verizon.net>
Subject: **Status of Steinway Cuff Link Design**
Date: December 14, 2006 9:12:19 AM EST
To: lon keith klein <lkklein@nyc.rr.com>

Dear Lon:

My client was very impressed with the unique design elements and components
of the cuff links. I suggest that you immediately take legal steps to
protect your design. I will sign a confidentiality agreement protecting your
property with my clients....as well as sign a contract as independent
consultant to be completed immediately, if you wish to proceed.

Details...

They felt that the reality of customers spending anything in excess of
$5,000 for the cuff links as presented...with a few exceptions...is
extremely remote. This design piece as created by your computer rendering
should act as a "halo" for the design and elements in a presentation case.

As far as price points are concerned...the base unit price should be at the
$500-$750 level.

The next level-up could be $1,500.This is where they see appropriate demand
for the piece. They also agree that a horizontal lapel pin that covers the
stitching space on the lapel ( flower, pins, etc,)...matching in length and
proportionate height ...showing black and white keys would be a real "hit".

Next steps:

Your new company is responsible for making and funding either one variation
of the pieces described above or more. This must be completed by either
January 15th,2007..for me to present at Steinway's International Annual
Meeting in California...or for the January 24th event where I will be
introducing my line of formal wear at Steinway Hall to the major fashion
industry press.


As a consultant to your new company, my compensation for finalizing orders
of this product's) with my clients...including Steinway, Mercedes-Benz,
Patek Philippe, MontBlanc, etc. for watches, jewelry. pen/pencil sets or
other designs you may bring to my company is 20% of the net revenue, plus
approved T&E expenses. My revenue generated for the above categories needs
to be negotiated and signed as quickly as you can arrange, between our
companies.

I believe that you, Arom and Mark have a terrific design for the cuff
links...the next move is yours.

Best regards and thanks for the opportunity to work with you and your
partners.

Elliot

# EXHIBIT 8

From:  Elliot Rittenband <elliot.rittenband@verizon.net>
Subject:  **From Elliot...THE STAGE IS SET!**
Date:  December 18, 2006 4:55:12 PM EST
To:  lon keith klein <lkklein@nyc.rr.com>
 1 Attachment, 2.3 KB

Lon... Try this attachment


Dear Lon:


The attachment provided should be shared with Arom and Mark...I hope that
you will be prepared to enjoy the spotlight with your lapel bar and
cufflinks and with your partners at this premiere event as my invited
guests.

Best regards

Elliot

SteinwayInviteJPEG.html (2.3 KB)

# EXHIBIT 9

From:    Marc Machlovitz <marcmaclin@yahoo.com>
Subject: **Follow Up**
Date:    December 30, 2006 8:08:20 PM EST
To:      elliot.rittenband@verizon.net

Dear Elliot,

Just wanted to drop you a quick note with respect to
the document outlining our agreement. We were hoping
to have it to you before the week was out, however
there were some revisions that needed to be made so
that it covered all that we had discussed and agreed
upon at our
previous meetings. We will have the final copy to you
early next week.

Happy New Year!

Marc Machlovitz
Lon Klein
Aron Turen

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT 10

From: Marc Machlovitz <marcmaclin@yahoo.com>
Subject: **Fwd: Agreement from American Star Diamond Co., LLC**
Date: January 2, 2007 11:05:47 PM EST
To: Lon Klein <lkklein@nyc.rr.com>
1 Attachment, 105 KB

Note: forwarded message attached.

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

From: Marc Machlovitz <marcmaclin@yahoo.com>
Date: January 2, 2007 11:04:27 PM EST
To: Elliot Rittenband <elliot.rittenband@verizon.net>
Subject: **Agreement from American Star Diamond Co., LLC**

Elliot,

Hope you had an enjoyable New Years Eve. I suspect you are very busy with the impending launch of Steinway Black Tie, the trip to California, etc,etc. Everything on our side is coming along fabulously. The cuff links are looking great so far and we look forward to the 24th. Attached is the agreement for your review. It reflects all that we had spoke about in our previous meetings and that which,you had agreed you would do. Certainly if there are any questions or concerns, please call me asap, so that we may make any changes necessary and square this formality away. I can be reached at 917-846-9709. If there are no changes, please sign, notarize, and send hard copy to: Lon Keith Klein

111-09 76th Road Apt. C-5
Forest Hills, NY 11375

In the meantime, you may send fax copy to: 908-387-6783

Look forward to hearing from you soon on this matter.

Warm regards,

Marc Machlovitz
Lon Klein
Aron Turen

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com



ASD_Agreement[1].pdf (105 KB)

# EXHIBIT 11

From:  Marc Machlovitz <marcmaclin@yahoo.com>
Subject:  **Fwd: RE: ASD Co., LLC**
Date:  January 16, 2007 2:45:52 AM EST
To:  lkklein@nyc.rr.com

--- aturen@turendiamonds.com wrote:

Date: Mon, 15 Jan 2007 17:28:38 -0700
From: aturen@turendiamonds.com
Subject: RE: ASD Co., LLC
To: Marc Machlovitz <marcmaclin@yahoo.com>
CC: lkklein@nyc.rr.com

-------------------------------
Sorry for the lag in communication things have been
pretty hecticand my phone has been cutting in and out.

Regarding Elliot, I delivered a portfolio to him last
night and wasfrantic putting it together. In it was an
artists drawings, computerimages, photos of diamonds
and real diamonds as well.
He mentioned a couple of things,
The 24Th event has been pushed off for reasons unknown
to me.
He also wants the hood ornament back.

As far as our marrage, I am not leaving you at the
alter,considering we gave the caterer a deposit.
The offer I left you with on Friday of 10% still seems
fair.Consider all the upside vs. downside.
Please let me know how to proceed.
Thanks again and I will try to call you tonight or
tomorrow.
Aron

-------- Original Message --------
Subject: ASD Co.,LLC
From: Marc Machlovitz <marcmaclin@yahoo.com>
Date: Mon,January 15, 2007 5:08 pm
To: aturen@turendiamonds.com
Cc:lkklein@nyc.rr.com

Aron,

I was hoping to have heard fromyou by now. I suppose
it is safe to say That we will not be able todeliver
any material to Elliot before he leaves for
California.Would we have been able to anyway, with
you leaving for yourtrip?

I can only assume, as well, that you are not goingto
participate in helping to deliver a piece forthe
24th?

Please let me know if this is not the case.

Ifyou decided that you did not want to agree to any terms and move forward, the right thing to do would have been to call and letus know. If you decided that you did want to marry your wife, wouldyou leave her standing at the alter?

Im sorry you feel likeyou can tell us the truth.

Wish things had not gotten so out ofhand!

Regards,

Marc

---

Expecting?Get great news right away with email Auto-Check.
Try the Yahoo! MailBeta.
http://advision.webevents.yahoo.com/mailbeta/newmail_tools.html

---

Looking for earth-friendly autos?
Browse Top Cars by "Green Rating" at Yahoo! Autos' Green Center.
http://autos.yahoo.com/green_center/

# EXHIBIT 12

From: Elliot Rittenband <elliot.rittenband@verizon.net>
Subject: **Mercedes Hood Ornament**
Date: January 21, 2007 9:49:24 PM EST
To: lon keith klein <lkklein@nyc.rr.com>, Marc Machlovitz <marcmaclin@yahoo.com>
Cc: Aron Turen <aturen@turendiamonds.com>

Lon:

You requested and received my prototype Mercedes-Benz hood ornament two weeks ago. You said that you would borrow it "for a few days".

I want it delivered to me at my home address no later than Tuesday, January 23rd. I don't respect your taking advantage of my hospitality.. by lending it to you....and your lack of consideration in not returning it to me.

Additionally, your promised revisions to the proposed contract you submitted to me 2 weeks ago for approval...which I rejected as written and explained to Marc by phone, has not been re- submitted to me for approval.

Therefore, I will no longer consider any contract written by your "new business entity" acceptable.


Enough said!!

Elliot

# EXHIBIT 13

From:   Elliot Rittenband <elliot.rittenband@verizon.net>
Subject: **Future Business Issues**
Date:   February 6, 2007 8:40:10 AM EST
To:   lon keith klein <lkklein@nyc.rr.com>
Cc:   Aron Turen <aturen@turendiamonds.com>, "alanmrubin@jonasweb.net" <alanmrubin@jonasweb.net>

Dear Lon:

When last we spoke ...yesterday...you said that I would have a copy of the
NDA faxed to me late yesterday...never happened! AND... I never gave you
permission to discuss my personal lawsuit with Aron, which is currently
under sealed legal review.Therefore...you are to comply immediately with the
following:

 I want to see this  NDA document  as  a result of the all-encompassing
contract proposal that you and Marc sent me...which I totally rejected as
being totally presumptuous and impossible to commit to.

My concern, is that in good faith...Aron and I signed an NDA that was also
illogical...and contained  promises that we never could have agreed to on
face value....and never received a promised copy of.

Therefore...until my attorney and I review your NDA....nothing goes
forward...with any of my clients/comntacts/relationships...as of now,
everything requires your total restraint in using my name, my company or any
affililition described in that document as being cooperative without my
approvals of 2/6/07.

For example, you borrowed a prototype Mercedes mold...I have not seen how
you interpret its design..which is owned by Mercedes, and you have no
permission to use, adapt or alter, without my advanced permission.

Therefore, as you have not complied with my demand for a copy of the
NDA...You have no permission for any project, assignment, agreement or
promise that I have supposedly made that will be interpreted ( by Law) as an
approval to proceed, or absorb and share in expenses for and against
hypothetically stated projects or interpret that I recommended your approval
to incur any expenses.


Until, I receive full disclosure of your legal entity...we cease to have a
business relationship of any legal kind.

Elliot

# EXHIBIT 14

From: Elliot Rittenband <elliot.rittenband@verizon.net>
Subject: **Future Business Issues**
Date: February 6, 2007 8:40:10 AM EST
To: lon keith klein <lkklein@nyc.rr.com>
Cc: Aron Turen <aturen@turendiamonds.com>, "alanmrubin@jonasweb.net" <alanmrubin@jonasweb.net>

Dear Lon:

When last we spoke ...yesterday...you said that I would have a copy of the
NDA faxed to me late yesterday...never happened! AND... I never gave you
permission to discuss my personal lawsuit with Aron, which is currently
under sealed legal review.Therefore...you are to comply immediately with the
following:

 I want to see this  NDA document  as  a result of the all-encompassing
contract proposal that you and Marc sent me...which I totally rejected as
being totally presumptuous and impossible to commit to.

My concern, is that in good faith...Aron and I signed an NDA that was also
illogical...and contained  promises that we never could have agreed to on
face value....and never received a promised copy of.

Therefore...until my attorney and I review your NDA....nothing goes
forward...with any of my clients/comntacts/relationships...as of now,
everything requires your total restraint in using my name, my company or any
affililition described in that document as being cooperative without my
approvals of 2/6/07.

For example, you borrowed a prototype Mercedes mold...I have not seen how
you interpret its design..which is owned by Mercedes, and you have no
permission to use, adapt or alter, without my advanced permission.

Therefore, as you have not complied with my demand for a copy of the
NDA...You have no permission for any project, assignment, agreement or
promise that I have supposedly made that will be interpreted ( by Law) as an
approval to proceed, or absorb and share in expenses for and against
hypothetically stated projects or interpret that I recommended your approval
to incur any expenses.


Until, I receive full disclosure of your legal entity...we cease to have a
business relationship of any legal kind.

Elliot

# EXHIBIT 15

From: Elliot Rittenband <elliot.rittenband@verizon.net>
Subject: **Confidentiality Agreement**
Date: February 8, 2007 9:26:45 AM EST
To: lon keith klein <lkklein@nyc.rr.com>, Marc Machlovitz <marcmaclin@yahoo.com>
Cc: Aron Turen <aturen@turendiamonds.com>, Alan Rubin <amr@jonasweb.net>

Lon....


I clearly recall the agreement to be limited to your golf club  (putter)
...nothing else....as indicated on  the "real" confidentiality agreement!

You must think I'm an idiot!...you honestly believe that you would get away
with adding projects that were not part of the original "putter"
agreement....and adding them to the letter without my signature/ dates
beside the add-ons?

What you did is illegal!

I an very disappointed in your actions... effective immediately...you are
not to contact me again...under any conditions...or I am entitled to sue you
for fraud.


Elliot

# EXHIBIT 16

**Affordable Effective Press Distribution**

Saturday September 8, 2007

Home | Submit Press Release | Edit Your Account | Setup Advertiser Account | Abou
U

## Press Release July 30, 2007

**ERP/Acctg software expert**
Great Plains, SAPB1, Sage MAS 500 New York Metro 212-372-1563

**NetSuite Online ERP/CRM**
Try NetSuite for 14 Days Totally Integrated. Online Product.

Ads by Google

**Press Release Contact Information:**
Paul Pannone
GFI Marketing
President
234 Rt 109
Farmingdale, New York
USA 11735
Voice: 631-753-4466
Fax: 631-753-4026
E-Mail: News@1800mytuxes.com
Website: Visit Our Website

## Steinway & Sons to unveil luxury formal wear in Sepetember event.

*On September 6th, 2007, formal wear products made of fineest fabrics and superior inner products bearing the prestigious Steinway & Sons brand will be shown to selected invited guests and members of the press and media at New York City's Steinway Hall, on W. 57th Street.*

/24-7PressRelease/ - FARMINGDALE, NY, July 30, 2007 - Steinway & Sons, the venerable piano manufacturer, unveiled plans for its high-end line of formalwear last week in their own publication and trade magazines ahead of their launch in early September. Created through a license with the Scarsdale, N.Y.-based R/G Black Tie LLC, the collection consists of four primary tuxedo models, furnishings and accessories.

The entry-level tux, The Celebrity, an off-the-rack, fused garment made from super 110s, will retail for $600. The tux will be made and marketed to music professionals, who don formalwear for most public performances. The garment is equipped with washable, breathable fabric for increased comfort as well as a patented underarm panel that allows for better movement. This model is expected to generate 22 percent of the collection's total sales.

Next, The Lyre, an off-the-rack, half-canvassed tux with super 120s fabrication, will retail for $1,700. A Lyre tuxedo wth tails will retail for $2,500.

The collection also includes two made-to-measure models. The Maestro, fully canvassed and fashioned from super 130s, will retail between $2,500 and $4,000. The Grand, also fully canvassed, boasts super 160s, hand-sewing and custom tailoring. This tux will retail between $7,500 and $10,000.

All four models are made in Italy from Loro Piana fabrics and Bember linings.

The collection also includes sevenfold ties, machine-made ties, shirts, cummerbunds, shoes by John Lobb and formal jewelry. The company also worked with De Beers to patent a star-cut diamond to be used in a limited-edition set of cufflinks.

To be considered for the press viewing and attending the event, please
contact Elliot Rittenband of RG Black Tie at (914) 874-4090 or email
elliot.rittenband@verizon.net

**About GFI Marketing**
GFI Marketing provides trade news, advertsing and marketing to the apparel
business, specializing in formal wear.

# # #

**Technorati**                    ✉ Email article to a friend

- black, celebrity, events, fashion, formal, launch, luxury, new, preview, sons, steinway, tie, tuxedo, tuxedos, wear, york

**Read more Press Releases from Paul Pannone:**

- Steinway & Sons announce their new line of formal wear.

**Other Similar Press Release Topics:**

- YnFx Textile Industry Report: Alok Infrastructure receives formal approval for textile
- Lion Brand Yarns' Guest Speaker Program Is a Big Hit in the Big Apple
- YnFx PriceWatch Report Released: RASF and VSF Local India prices increase
- CHLOE DAO AND PACIFIC DESIGN LAUNCH THE CHLOE DAO COLLECTION
- Scalamandre In The City Sale Wows NY
- Sherri Hill Prom Collection Debuts in Atlanta
- SHARP GLOBAL Partners, Ltd. is approved by U.S. Customs and Border Protection (CBP) to conduct C-TPAT validations in China.
- Burberry launches Autumn/Winter 2007 Advertising Campaign
- Scalamandre In New York Selling Fabric, Artifacts, & Weaving History
- CIRCA' CROSSES THE BORDER TO POP-UP VINTAGE SHOP IN NYC

Manufacturing Software
Sage MAS Manufacturing Solutions. Official Site. Get
Product Info.
www.SageMAS.com

Microsoft CRM
Met webbased ERP en Projecten Add-ons. Download nu!
www.businessbase.net

Manage Your Lumber & Mfg
Business Together in One Software System - DEACOM
ERP Software
www.Deacom.net

Hi Tech Company Solutions
Learn about small & midsize SAP for high tech customers.
SAP.com/ht-yoursize

Ads by Google





Press Release Distribution Services - Sign up and submit your press
release now!

Bookmark with del.icio.us | Blog via 360° | Print |

Press Release Service & Press Release Distribution News Supplied By 24-7PressRelease.com

## Advertising opportunities | RSS / JavaScript Feeds | About Us | Contact Us

Other Business Resources
Printers  Phone Cards  Printer  Register Domain Name  Discount Office Supplies  Shopping Cart Software  Marriage
Counseling  Ford 8n Tractor Parts  Tractor parts  Car Loans  Moving Companies  Free Classifieds Washington  Home
Business Opportunity  Dog Breeds  New York Printing  Moving Quotes  Internet Marketing Consultant  Movers  National
Movers  Royalty free stock images

**Require content for your website? Add our RSS Press Release Feeds**

DISCLAIMER: Issuers of press releases and not 24-7 Press Release Newswire are solely responsible for the accuracy of the content.
Copyright 2006 24-7 Press Release.com
Terms of Service | Privacy Policy
Press Release Site Map

# EXHIBIT 17









½" square.
5/8th

11/8/2006

# EXHIBIT 18



» Home  |  » Formal Wear Collections  |  » Contact Steinway Black Tie

*Steinway Black Tie* ™ *Formal Wear Collections* ™

## — MAESTRO COLLECTION —

« PREVIOUS | NEXT »

• *Made to measure*

• *Italian hand made with Loro Piana "super 130" fabrics*

• *Costing from $4,500-$5,000*



« PREVIOUS | NEXT »

© 2007 — Steinway, Lyre, Steinway & Sons, Steinway Black Tie and Steinway Formal Wear Collections are all trademarks of Steinway and R/G Black Tie LLC.



*Steinway Black Tie ™ Formal Wear Collections ™*

« PREVIOUS

## ...A STAR IS BORN...THE STEINWAY STAR!

*The "Steinway Star" Diamond Cufflinks Collection will now complement the Formal Wear apparel offerings through our exclusive web sites, www.steinwayblacktie.com, www.steinway.com and luxury retail apparel establishments, worldwide.*

*Steinway Black Tie formal wear owners can now uniquely accent their Steinway/Loro Piana branded attire with new, limited-edition Steinway piano-shaped cufflinks and Lyre design diamond collections. These hand-crafted works of art are offered in varied precious metals, exotic woods and enamels and diamond sizes. The cufflinks' signature stones...the round "Steinway Star" diamonds boast the "patented" reflection of a 5 pointed star.*



*The Steinway piano set of cufflinks has a total of 3 carats, encased in white gold....with black onyx stones, representing a piano keyboard. This limited edition set costs $10,000 and can be delivered in 10 weeks time from firm order. It is also available in yellow gold, platinum and rose gold.*

*T*he Lyre cufflink set has a 1/6th total diamond carat weight with black enamel and sterling silver Lyre in the center. The cost is $699.00. It is also available in 18k rose gold and white gold, costing $1,999.00 It can be delivered in 8 weeks time from firm order.



« PREVIOUS

© 2007 — Steinway, Lyre, Steinway & Sons, Steinway Black Tie and Steinway Formal Wear Collections are all trademarks of Steinway and R/G Black Tie LLC.

# EXHIBIT 19

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 970-081**

**Effective date of registration:**

January 18, 2008

## Title

**Title of Work:** Piano shaped cufflinks

**Nature of Work:** Drawings of jewelry

## Completion/ Publication

**Year of Completion:** 2007

## Author

■ **Author:** Lon Keith Klein

**Author Created:** 2-dimensional artwork

**Citizen of:** United States

**Year Born:** 1947

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Lon Keith Klein

111-09 76th Road, C5, Forest Hills, NY 11375

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** LON KEITH KLEIN

**Date:** January 8, 2008

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# VAu 965-398

**Effective date of registration:**

January 18, 2008

---

## Title

**Title of Work:** LYRE CUFFLINKS

## Completion/ Publication

**Year of Completion:** 2007

## Author

■ **Author:** LON KEITH KLEIN

**Author Created:** 2-dimensional artwork

**Citizen of:** United States

**Year Born:** 1947

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** LON KEITH KLEIN

111-09 76TH ROAD, C5, Forest Hills, NY, 11375

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** LON KEITH KLEIN, author

**Date:** January 8, 2008

**Correspondence:** Yes

## VERIFICATION

STATE OF NEW YORK, COUNTY OF NEW YORK ss:

I, LON KEITH KLEIN, am the Plaintiff in the within action . I have read the foregoing Complaint and know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

LON KEITH KLEIN

Subscribed and Sworn to
before me on _April 1, 2009_

CHARU NARANG, ESQ.
Reg. NO : 02NA6102030
NY COUNTY
EXP. 4/11/2012